IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA WHARTON,            ) | |
| )  | Civil Action No. |
| Plaintiff,              ) | |
| )  | 3:13-cv-199-TCB |
| v.                      ) | |
| )  | JURY TRIAL DEMANDED |
| DNS SERVICES GROUP, LLC, ) | |
| )  | |
| Defendant.              ) | |
| _____ ) | |

## **PLAINTIFF'S VOLUNTARY DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Lisa Wharton, by and through undersigned counsel, dismisses her claim against DNS SERVICES GROUP, LLC, without prejudice.

Respectfully submitted this 7th day of March, 2014.

                                                s/Tremain C. Mattress, Esq.
                                              Tremain C. Mattress, Esq.
                                              Georgia Bar No. 940529

BARRETT & FARAHANY, LLP
1100 Peachtree Street
Suite 500
Atlanta, GA 30309
(404) 214-0120
tmattress@bf-llp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA WHARTON, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 3:13-cv-199-TCB |
| v. ) | |
| ) | |
| DNS SERVICES GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing PLAINTIFF'S VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

This 7th day of March, 2014.

                                                s/Tremain C. Mattress, Esq.
                                                Tremain C. Mattress, Esq.
                                                Georgia Bar No. 940529